# United States Bankruptcy Court
## District of Delaware

In re    **Elizabeth Brickle**    Case No. _____
      **Eric Brickle**
                             Debtor(s)    Chapter   **13**

## CHAPTER 13 PLAN

NOTICE TO ALL CREDITORS THAT THIS PLAN AND ALL OF ITS PROVISIONS ARE SUBJECT TO DEL. BANKR.L.R. 3023-1

The future earnings of the debtor are submitted to the supervision and control of the Court and the Debtor's employer shall pay to the trustee the sum of __$907.12 Monthly for 60 months__ .

From the payment so received, after deduction of allowed Trustee's commission, the Trustee shall make disbursements as follows:

1. Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507.

    (A) Debtor's Counsel Fees __$0.00__
    (B) Priority Taxes
         Tax                         Tax Year Due                                Amount
         -NONE-
    (C) Other Priority or Administrative Expenses
         Creditor Name                                       Amount
         -NONE-

2. (As applicable - Pro-rata with or subsequent to) dividends to priority creditors, holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

    (A) Long term or mortgage debt -

    1. PRE-PETITION ARREARAGE ONLY, to be paid to __Wells Fargo Home Mortgage__ Location: __33 Darien Court, New Castle DE 19720__ $ __33,242.00__ (total amount of pre-petition arrears for the real property (collateral identified)). Debtor shall continue to make regular post-petition payments directly to __Wells Fargo Home Mortgage__. This Section of the Plan specifically incorporates all of the provisions affecting mortgage claims as set forth in Del. Bankr. L.R. 3023-1 (b) and the parties shall be so governed.

    2. NOTHING directly to be paid to Real Time Resolutions on the 2nd mortgage. There is no equity to support a secured status for the junior lien after the first mortgage. A complaint will be filed to strip off this 2nd mortgage lien.

    (B) Secured Vehicle debt (cramdown) -
    Pro-rata payments to: __Ally Financial__ in the amount of $____ for payment in full of the value of property or in equal monthly payments of $ __271.41__ per month for the __2012 Hyundai Sonata Location: 33 Darien Court, New Castle DE 19720__. Total payments will be $ __15,741.78__ .

    (C) Secured Vehicle debt (910 car claim) -
    Pro-rata payments to ____ in the full amount of the vehicle claim or in equal monthly payments of $____ per month for the ____. Total payments will be $____ .

3.  Surrender - Secured Collateral to:
_____. Debtor(s) abandons such property and agrees that the Automatic Stay under 11 U.S.C. Section 362 is terminated as to the property and any interest in the property. Claims, if any, submitted by such creditor may receive a distribution under the Plan if such claims reflect an applicable deficiency balance remaining following surrender.

4.  Subsequent to dividends to priority and secured creditors, dividends to allowed non-priority general unsecured creditors shall be distributed as follows:

    General unsecured creditors will be paid ☐ a dividend of 100% of their allowed claim, or ■ a prorata dividend of 1. $___ BIOC or 2. $___ Disp. Income x 60 months as calculated under Section 1325(b), or ■ a pro-rata dividend, if any.

5.  (If applicable) The following leases or executory contracts of the debtor will be treated as follows:
    -NONE-

6.  Title to Debtor's property shall revest in the Debtor on confirmation of the Plan, except for undistributed plan payments held by the Trustee. Upon conversion of this case to Chapter 7, or dismissal, the Trustee is authorized to disburse undistributed plan payments to allowed claimants in accordance with this Plan.

7.  Other special provisions of the Plan:

8.  A proof of claim must be filed in order to share in distributions under the plan. A proof of claim may be filed either electronically or as paper. To file an electronic claim, go to the United States Bankruptcy Court, District of Delaware website (http://www.deb.uscourts.gov) and click on the Programs & Services tab, then select Claims Information. Click on "Submit a Proof of Claim" link and follow the instructions. Once the necessary information is entered the form will be automatically generated. To obtain a claim form to file a paper claim, go the United States Bankruptcy Court, District of Delaware website (http://www.deb.uscourts.gov) and click on the Programs & Services tab, then select Claims Information. The instructions for obtaining a claim form are listed under "General Claims Information". Completed paper claims should be delivered or mailed to United States Bankruptcy Court, Attn: Claims, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

_____        _____5/4/15_____
Debtor's Signature                      Date

_____Eric Buckle_____               _____5/4/15_____
Joint Debtor's Signature                Date

_____        _____5/4/15_____
Attorney for Debtor(s)                  Date

Local Form 103
Revised: December 2012

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# CHAPTER 13 PLAN ANALYSIS

**Debtors:** Elizabeth Brickle
Eric Brickle

**Date:**

**Case #**

Prior Bankruptcy ( )   Chapter 13 ( )

Trustee Use:
Estimated Length of Plan:
341 Meeting Date:
Continued:
Confirmed Date:

## TOTAL DEBT PROVIDED FOR UNDER THE PLAN AND ADMINISTRATE EXPENSES

| | | |
|---|---|---:|
| A. | Total Priority Claims (Class One) | $ 0.00 |
| | 1. Unpaid Attorney's Fees | $ 0.00 |
| | 2. Taxes | $ 0.00 |
| | 3. Other | $ 0.00 |
| B. | Total of Payments to Cure Defaults (Class Two) | $ 33,242.00 |
| C. | Total of Payments to Secured Claims (Class Three) | $ 15,741.78 |
| D. | Total of Payments on Unsecured Claims (Class Four) | $ 0.00 |
| E. | Sub-Total | $ 48,984.60 |
| F. | Total Trustee's Compensation (10% of debtor's payments) | $ 5,442.60 |
| G. | Total Debt and Administrative Expenses | $ 54,427.20 |

## RECONCILIATION WITH CHAPTER 7

| | | |
|---|---|---:|
| H. | Interest of Class Four Creditors If Chapter 7 Filed | |
| | 1. Value of debtor's interest in non-exempt property | $ 953.21 |
| | 2. Plus: Value of Property Recoverable Under Avoiding Powers | $ 0.00 |
| | 3. Less: Estimated Chapter 7 Administrative Expenses | $ 238.30 |
| | 4. Less: Amounts Payable to Priority Creditors other than costs of administration | $ 16,638.00 |
| | 5. Equal: Estimated Amount Payable to Class Four Creditors if Chapter 7 Filed (if negative, enter zero) | $ 0.00 |
| I. | Estimated Dividend for class four under Chapter 7 | $ 0.00 |
| J. | Estimated Dividend for class four under Plan | $ 0.00 |

Date  5/4/15   Signature  *Elizabeth Brickle*
Elizabeth Brickle
Debtor

Date  5/4/15   Signature  *Eric Brickle*
Eric Brickle
Joint Debtor

Date  5/4/15   Signature  *Catherine Di Lorenzo*
Catherine Di Lorenzo 5475
Attorney

Legal Services Corporation of
Delaware, Inc.
100 West 10th Street
Suite 203
Wilmington, DE 19801-1662
(302)-575-0408