IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | |
| ELIZABETH BRICKLE | : Bk. Case No: 15-11120 (BLS) |
| ERIC BRICKLE | : |
| Debtors. | : Chapter 13 |

## MOTION TO ALLOW PLAN DISTRIBUTION

Michael B. Joseph, Esquire, Chapter 13 Trustee ("Trustee") respectfully requests that this Honorable Court enter an Order with respect to the following:

1. Pursuant to 11 U.S.C. Section 1302(b)(1) the Trustee has performed the duties specified in Section 704(a)(5) of the Code by examining the proofs of claim filed in this case and objecting to the allowance of any claim that appears to be improper.

2. Absent any objection, the Trustee intends to disburse to those creditors set forth in "Exhibit A" in the amounts listed. Claims listed as "Not Filed" means that the creditor did not file a proof of claim and will not be paid by the Trustee through the Plan.

3. It is requested that the Debtor(s) and counsel be required to examine each filed proof of claim and to file an objection and notify the Trustee as to any claim that may be improper or incorrect, or request allowance of a claim pursuant to 11 U.S.C. Section 501(c).

WHEREFORE, the Trustee prays that an Order be entered, in the form attached, and otherwise approve the proposed distribution in accordance with the Confirmed Plan.

/s/ Michael B. Joseph
_____
Michael B. Joseph, Esquire
824 Market Street, Ste. 1002
P.O. Box 1350
Wilmington, Delaware 19899
302-656-0123
Chapter 13 Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:
                                     : Bk. Case No: 15-11120 (BLS)

    ELIZABETH BRICKLE            :

    ERIC BRICKLE                      :

    Debtors.                                : Chapter 13

**ORDER**

       **AND NOW**, this _____ day of _____,2015 the foregoing Motion having been presented and heard, and good cause appearing therefore,

       **IT IS ORDERED THAT:**

       1.  The Motion is Granted, and absent a timely claim objection by the Debtor(s), the Trustee's proposed distribution is approved.

       2.  Debtor(s) shall have thirty (30) days from the date of this Order within which to examine proofs of claim filed in this case, review the Trustee's "Exhibit A", and to file an objection to any claim which may be improper or request the allowance of any additional claim as may be appropriate under 11 U.S.C. Section 501(c) and 502(a).

       3.  Failure to timely object will be deemed an approval by Debtor(s) of the claims as set forth in "Exhibit A" and the Trustee's intended distribution to creditors in accordance with the Confirmed Plan.

                                                        _____

                                                          UNITED STATES BANKRUPTCY JUDGE

```
ELIZABETH BRICKLE                            CASE NO. 15-11120BLS
ERIC BRICKLE
33 DARIEN COURT
NEW CASTLE, DE  19720                        % PLAN : 1.58
                                             PLAN TERM: 60    RECEIPT AMOUNT:         994.13
                                             RECEIPTS PAID IN TO DATE      :        3633.00
ATTY: CATHERINE DI LORENZO                   DISBURSEMENTS TO DATE          :         155.38
      100 WEST 10TH STREET                   CURRENT BALANCE                :        3477.62
      WILMIGNTON, DE 19801
```

|       |                              |                             |          | ADJUSTED  |       |           |
|-------|------------------------------|-----------------------------|----------|-----------|-------|-----------|
| CLAIM |                              |                             | ORIGINAL | CLAIM     | TOTAL | CURRENTLY |
| NO.   | CREDITOR NAME                | CLAIM TYPE                  | DEBT     | AMOUNT    | PAID  | DUE       |
| 001   | ALLY FINANCIAL               | AMENDED CLAIM               | 0.00     | 0.00      | 0.00  | 0.00      |
| 001   | ALLY FINANCIAL               | SECURED VEHICLE             | 15742.00 | 17297.98  | 0.00  | 17297.98  |
| 002   | NELNET                       | UNSECURED                   | 16638.00 | 1205.60*  | 0.00  | 1205.60   |
| 003   | NELNET                       | UNSECURED                   | 9000.00  | 154.73*   | 0.00  | 154.73    |
| 004   | CAVALRY                      | UNSECURED                   | 0.00     | 24.78*    | 0.00  | 24.78     |
| 005   | UNITED CONSUMER FINANCIAL SER.| UNSECURED                  | 0.00     | 20.54*    | 0.00  | 20.54     |
| 006   | CAPITAL ONE                  | UNSECURED                   | 727.32   | 12.04*    | 0.00  | 12.04     |
| 007   | MERRICK BANK                 | UNSECURED                   | 793.21   | 8.32*     | 0.00  | 8.32      |
| 008   | REAL TIME RESOLUTIONS, INC.  | UNSECURED                   | 30785.67 | 960.74*   | 0.00  | 960.74    |
| 009   | PORTFOLIO RECOVERY ASSOC.    | UNSECURED                   | 662.88   | 10.63*    | 0.00  | 10.63     |
| 010   | HSBC BANK USA                | PREPETITION MORTGAGE ARREARS| 134000.00| 36384.47  | 0.00  | 36384.47  |
| 100   | ALPINE & RAFETTO ORTHODONTICS| NOT FILED UNSECURED         | 4000.00  | 0.00      | 0.00  | 0.00      |
| 101   | CARDIOLOGY ASSOC.            | NOT FILED UNSECURED         | 400.00   | 0.00      | 0.00  | 0.00      |
| 102   | ENT PROVIDNECE               | NOT FILED UNSECURED         | 170.00   | 0.00      | 0.00  | 0.00      |
| 103   | CITIFINANCIAL                | NOT FILED UNSECURED         | 3348.00  | 0.00      | 0.00  | 0.00      |
| 104   | ERIC SHAPIRO                 | NOT FILED UNSECURED         | 108.00   | 0.00      | 0.00  | 0.00      |
| 105   | FINGERHUT CORPORATION        | NOT FILED UNSECURED         | 785.68   | 0.00      | 0.00  | 0.00      |
| 106   | TIAA CREF                    | NOT FILED UNSECURED         | 4000.00  | 0.00      | 0.00  | 0.00      |
| TOTALS|                              |                             | 221160.76| 56079.83  | 0.00  | &         |

* Marked Claims have been adjusted according to payment status or percent plan.

**ATTORNEY'S CERTIFICATE OF SERVICE**

I, Michael B. Joseph, Chapter 13 Trustee, do hereby certify that on this 8th day of October, 2015, I caused one copy of the within Motion to Allow Plan Distribution to be served on the following by United States Mail, Postage Prepaid:

ELIZABETH & ERIC BRICKLE
33 DARIEN COURT
NEW CASTLE, DE  19720
Debtor(s)

CATHERINE DI LORENZO
100 WEST 10TH STREET
WILMIGNTON, DE 19801
Attorney for Debtor(s)

/s/ Michael B. Joseph
_____
Michael B. Joseph, Esquire
824 Market Street, Suite 1002
P.O. Box 1350
Wilmington, Delaware 19899-1350
302-656-0123
Chapter 13 Trustee