**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| | ) | Case No. 15-11120 BLS |
| ELIZABETH BRICKLE and | ) | |
| ERIC BRICKLE, | ) | |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |

**THIRD MOTION TO MODIFY CHAPTER 13 PLAN**
**PURSUANT TO CONSENT ORDER**

COMES NOW, the Debtors, Elizabeth Brickle and Eric Brickle ("Debtors"), by and through their undersigned Counsel, Peter M. Sweeney, and hereby move the Court to approve the attached proposed Third Modified Chapter 13 Plan. In support of this request, Debtor offers the following:

1. Debtor filed this Chapter 13 case on May 21, 2015 and the Plan has been confirmed.

2. Debtor became delinquent on their mortgage payments after the petition was filed.

3. Debtors and the lender have entered into a Consent Order Modifying Automatic Stay entered by the Court on April 10, 2017 to put the post petition arrears in the chapter 13 plan and Debtor requests to implement the attached Third Modified Chapter 13 Plan to reflect the accurate mortgage arrears per the stipulation filed at Docket Number 49.

4. Additionally, the attached Modified Chapter 13 Plan cures arrears of the Debtors to the Chapter 13 Trustee pursuant to the previously approved Second Modified Chapter 13 Plan.

WHEREFORE, Debtors respectfully request this Honorable Court to enter an Order in the form attached hereto permitting Debtors to modify their Chapter 13 Plan as described.

Dated: July 26, 2017                               /s/ Peter M. Sweeney
                                              Peter M. Sweeney, Esq. (3671)
                                              Legal Services Corporation of Delaware, Inc
                                              100 West 10th Street, Suite 203
                                              Wilmington, DE 19801
                                              P: 302-575-0408 Ext. 119
                                              F: 302-575-0478
                                              psweeney@lscd.com
                                              *Attorney for the Debtors*