# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
Elizabeth Brickle  
33 Darien Court  
New Castle, DE 19720  
**SSN:** xxx–xx–9378  

Eric Brickle  
33 Darien Court  
New Castle, DE 19720  
**SSN:** xxx–xx–3383  

**Chapter:** 13

**Case No.:** 15–11120–BLS

## NOTICE OF PROPOSED
## MODIFICATION OF PLAN AFTER CONFIRMATION

A motion to modify the confirmed plan pursuant to 11 U.S.C. § 1329 has been filed. A copy of the motion can be obtained from debtor's counsel, or registered PACER* users may obtain a copy via the PACER link on the court's website.

The court will grant the application ex parte if no written objection is filed with the court and served upon the debtor(s) attorney within 21 days of this notice.

_Una O'Boyle_

Una O'Boyle, Clerk of Court

Dated: 7/27/17

*\* To sign up for a PACER account, visit the PACER website at http://pacer.psc.uscourts.gov or call (800) 676–6856. Registered PACER users may access the application from the Court's website, www.deb.uscourts.gov*

(VAN–303b)